# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Cindy Lovins, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:16cv765 UNA |
| Stephen Korte, et al | ) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on May 31, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Patricia L. Cohen, United States Magistrate Judge, under cause number 2:16cv00038.

**IT IS FURTHER ORDERED** that cause number 4:16cv765 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: 6/2/2016          By: /s/ Katie Spurgeon
                              Operations Manager

**In all future documents filed with the Court, please use the following case number 2:16cv00038 PLC.**